IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF New York
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

---

Trent Francely
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of Florida E.T.AL
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

RECEIVED AUG 29 2023 PRO SE OFFICE

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Trent Francely
   All other names by which you have been known: _____

   ID Number: 220162290
   Current Institution: P.T.D.C
   Address: 1321 NW 13 ST
   MIAMI, FL 33125

  B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
     Name: John Doe
     Job or Title (if known): Director of Department of Correction MIAMI-DADE
     Shield Number: N/A
     Employer: N/A
     Address: T.G.K, M.W.D.C, P.T.D.C 1321 NW 13St
     MIAMI, FL 33125
     ☑ Individual capacity    ☑ Official capacity

   Defendant No. 2
     Name: KATHRINE FERNANDEZ RUNDLE

Job or Title (if known): STATE ATTORNEY
Shield Number: N/A
Employer: N/A
Address: 1350 N.W. 12th Ave, Miami, FL 33136

☑ Individual capacity   ☑ Official capacity

Defendant No. 3
Name: GERARDO SARMIENTO JR
Job or Title (if known): Detective Officer
Shield Number: Dept 30 ID: 05887
Employer: N/A
Address: Police Station MIAMI-DADE

☑ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: TIMOTHY COYLE
Job or Title (if known): Police Officer
Shield Number: Dept. 030-ID.07465
Employer: N/A
Address: Police Station MIAMI-DADE

☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

Defendant No. 5
Name John Doe
Job or Title Police officer
Shield Number N/A
Employer N/A
Address Orlando Police Department

Defendant No. 6
Name John Doe
Job or Title Police officer
Shield number N/A
Employer N/A
Address Orlando Police Department

Defendant No. 7
Name RODRIGUEZ A.
Job or Title Police officer
Shield number 0305990
Employer Police Department Miami
Address MIAMI-DADE

Defendant 8
Name MACHADO, S.A
Job or Title Police sergeant
Shield Number 0304849
Employer Police Department
Address miami-DADE

Defendant 9
Name F. Van loan
Job or Title Detective
Shield number ID 3092
Employer Police Department
Address MIAMI-DADE

Defendant 10
Name LA Quinta
Job or Title Hotel
Shield number N/A
Employer Gonzalez, Yonathan
Address 7401 NW 36th st

Defendant 11
Name LA QUINTA
Job or Title Hotel
Shield Number
Employer Scott, Michelle M
Address 7401 NW 36th st

Defendant 12

Name La quinta
Job & Title Hotel
Shield number N/A
Employer Manger
Address 2401 ~~86th~~ NW 36th

Name John Doe
Job & Title SGt officer
Shield Number 5524
Employer Miami-Dade Police Department
Address Miami-DADE County

Name John Doe
Job & Title Police officer
Shield Number 6697
Employer Miami-Dade Police Department
Address Miami-DADE County

Name John Doe
Job & Title State Attorney
Shield number N/A
Employer N/A
Address Orlando FL courthouse

Name John Doe
Job & Title N/A
Shield N/A
Employer N/A
Address Orlando, FL

Name John Doe ~~Offender~~
Job & Title N/A
Shield Number N/A
Employer N/A
Address Orlando, FL

Name John Doe
Job & Title N/A
Shield number N/A
Employer N/A
Address Orlando, FL

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

AMEND 4   Amend 5   Amend 6   Amend 13   Amend 14

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

~~Case by~~ Threatening to put charges on me

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

# Complaint

1. I was standing outside when Orlando Police Randomly started to harrass me saying I looked like Nigga They are looking for, They Then grabbed me Slammed on the ground then started to knee me in the face they sayed Stop moving then Repeatly slamming my Head on the ground while I'm handcuffs
2. and took me to Jail on Dec. 15, 2020 MiAMi-DaDe Police came to laquinta inn of a 911 call basically
5. I was harrass by officer Geraldo Sarmiento JR Badge#3005867 He stripped me to my underweas
6. While in Public by a Police car in handcuff then grabbed me unappropriatly where my private area
7. Located and I felt violated and I was in tear Pray to Allah when all this going to be over with
8. Then he threathen me by saying if you don't tell me anything I will Personally put additional charges against you while other officers were there watching and nothing it listed all officer they took me to Jail
10. Mutiple Charges has been added and dropped Against me. most of them I went to bond hearing
11. on 4 added case 3 been dropped & old case on the old case they been dropped too but the added charges
12. 4 of them I went to bond haring on they never fingerprinted me and I had to ask for 9-form
13. no proper procudure wasn't conducted without me, Requesting it they violated my due process
14. Geraldo sarmiento JR Badge#3005867 and other officers purposely signed a fraudent
15. Signature & Paperwork is a fraud, Perjury of law, They Robbed me of my
16. Peace of living my 4th 5th 6th 13th 14th Amend violated on I was in orlando Jive
17. there 2 years went to Jail sat for a year beat 2 cases in trial
18. look up Francely vs. Orlando

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

They Stripped me to my underwear while everyone can see I felt ashamed in the Public eye I was a visitor at a hotel called LA Quinta inn, on Dec 15, 2022 They grabbed me unappropriatly and felt violated

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

P.T.D.C
I was charge with Battery on the Report it clearly say I didn't battered Nobody only say that I was sitting on the table but they charge me with Battery Never finger printing me for the charge but took me to bond hearing. then dropped it. Couple Month later they dropped it

C. What date and approximate time did the events giving rise to your claim(s) occur?

Dec. 15, 2022, 7:00 A.M, Mar. 24, 2023 12:14 pm

_____

_____

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

_____

_____

5

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

depression, have a scar left side of my face and left side of my bottom lip, That I'm taking pills Now My face was swolled had knot on my forhead when they slapped on my back I'm Suffering from back Injuries so I can't work

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want $90 millions in Punitive damages

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

P.T.D.C _____

_____

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

_____

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

8

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    didn't want to look as a Jail Snitch

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit

    Plaintiff(s)  N/A

    Defendant(s) _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*

    N/A

 3. Docket or index number

    N/A

 4. Name of Judge assigned to your case

    N/A

 5. Approximate date of filing lawsuit

    N/A

 6. Is the case still pending?

    ☒ Yes

    ☒ No

    If no, give the approximate date of disposition. N/A

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)   _N/A_
    Defendant(s)   _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N/A_

3. Docket or index number

    _N/A_

4. Name of Judge assigned to your case

    _N/A_

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☑ No

11

If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 18, 2023

Signature of Plaintiff    Trent Francely
Printed Name of Plaintiff    Trent Francely
Prison Identification #  220167290
Prison Address  1321 NW 13th St
  MIAMI    FL    33125
  City    State    Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____

12

13

Address          _____
Telephone Number _____
E-mail Address   _____

Trent Francely #220162290
1321 NW 13th
The Pre-Trial Detention Center
1321 NW 13th Street
Miami, FL 33125

Pro Se Office
RECEIVED
AUG 29 2023

500
New York
Courts

USA FOREVER